IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 97-cr-00319-ZLW

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. STEVEN PAUL PADILLA,

    Defendant.

---

**ORDER**

---

    Upon petition of the United States and for good cause shown,

    IT IS HEREBY ORDERED, that the Clerk of the Court issue the said writ to the United States Marshal's Service requiring said United States Marshal to produce said defendant before United States Magistrate Judge, as soon as practicable, for proceedings and appearances upon the charge set forth in the Petition on Supervised Release, and to hold him at all times in his custody as an agent of the United States of America until final disposition of the defendant's case, and thereafter to return the defendant to the institution wherein he is now confined.

    SO ORDERED this 11th day of February, 2009.

    */s/ Zita L. Weinshienk*
    Zita L. Weinshienk
    UNITED STATES DISTRICT JUDGE