IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 97-cr-00319-ZLW-01

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

STEVEN PAUL PADILLA,

        Defendant.

_____

**ORDER REVOKING SUPERVISED RELEASE AND CONTINUING SENTENCING**
_____

        THIS MATTER was before the Court for a supervised release violation hearing on May 13, 2009, upon report of the probation officer that the defendant had violated the terms and conditions of his supervision. The defendant admits guilt to violations 1, 3 and 4.

        THE COURT, having heard statements by the defendant, defense counsel, counsel for the government, and the Probation Department, finds the defendant guilty of violations 1, 3 and 4 as alleged. Violation 2 is withdrawn by the government. Accordingly, It is

        ORDERED that defendant's supervised release is revoked. Imposition of sentence in this matter is deferred until November 18, 2009, at 2:00 p.m, for continued violation hearing proceedings. It is

        FURTHER ORDERED that the defendant is remanded to the custody of the United States Marshal for transfer back to Colorado Department of Corrections.

        DATED at Denver, Colorado, this 21st day of May, 2009.

                                      BY THE COURT:

                                      _____
                                      ZITA L. WEINSHIENK, Senior Judge
                                      United States District Court