IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Criminal Action No. 97-cr-00319-ZLW

UNITED STATES OF AMERICA,

    Plaintiff,

v.

STEVEN PAUL PADILLA,

    Defendant.
_____

MINUTE ORDER
_____

ORDER ENTERED BY SENIOR JUDGE ZITA L. WEINSHIENK

Dated: November 13, 2009

    It is ORDERED that the supervised release violation hearing set for Wednesday, November 18, 2009, at 2:00 p.m. is VACATED and RESET for Wednesday, May 19, 2010 at 2:00 p.m. in Courtroom A801, Eighth Floor, Alfred A. Arraj United States Courthouse, 901 - 19th Street, Denver, Colorado  80294.