IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita Leeson Weinshienk

Criminal Action No. 97-cr-00319-ZLW

UNITED STATES OF AMERICA,

      Plaintiff,

v.

STEVEN PAUL PADILLA,

      Defendant.
_____

MINUTE ORDER
_____

ORDER ENTERED BY SENIOR JUDGE ZITA LEESON WEINSHIENK

Dated: January 10, 2011

      It is ORDERED that the supervised release violation sentencing hearing set for Wednesday, January 12, 2011, at 2:00 p.m. is VACATED and RESET for Wednesday, February 16, 2011, at 2:00 p.m. in Courtroom A801, Eighth Floor, Alfred A. Arraj United States Courthouse, 901 - 19th Street, Denver, Colorado  80294.