# UNITED STATES DISTRICT COURT

## DISTRICT OF COLORADO

---

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE**<br>**(For Revocation of Supervised Release)** |
| v. | Case Number:  97-cr-00319-ZLW-01 |
| | USM Number:  27807-013 |
| STEVEN PAUL PADILLA | Matthew C. Golla, AFPD<br>(Defendant's Attorney) |

**THE DEFENDANT:** Admitted guilt to violations 1, 3, and 4, as alleged in the probation officer's petition.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Failure to Participate in Substance Abuse Treatment as Directed by the Probation Officer | 01/02/2007 |
| 3 | Violation of the Law | 05/27/2007 |

*(See next page for additional violation)*

     The defendant is sentenced as provided in pages 2 through 3 of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

     It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

     It is further ordered that the Addendum to this judgment, which contains the defendant's social security number, residence address and mailing address, shall be withheld from the court file and retained by the United States Probation Department.

February 23, 2011
_____
Date of Imposition of Judgment

_(signature)_
_____
Signature of Judge

Zita L. Weinshienk, Senior U.S. District Judge
_____
Name & Title of Judge

March 9, 2011
_____
Date

DEFENDANT:  STEVEN PAUL PADILLA
CASE NUMBER:  97-cr-00319-ZLW-01                                          Judgment-Page 2 of 3

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 4 | Violation of the Law | 07/21/2007 |

DEFENDANT: STEVEN PAUL PADILLA
CASE NUMBER: 97-cr-00319-ZLW-01                                        Judgment-Page 3 of 3

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of twenty-four (24) months, to be served concurrently with sentence imposed in Adams County District Court, Docket Number 07CR3001.

The court recommends to the Bureau of Prisons that the Colorado Department of Corrections be designated as the institution where the defendant is to serve his federal custodial sentence.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.


_____
UNITED STATES MARSHAL


By_____
Deputy United States Marshal